**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENDALL BRYCE WALSH,  )   Case Number: 8:06CV00331
            )
    Plaintiff(s),   )   CONSENT TO EXERCISE OF JURISDICTION
  v.        )   BY A UNITED STATES MAGISTRATE JUDGE
            )   AND ORDER OF REFERENCE
UNION PACIFIC RAILROAD COMPANY,  )
    Defendant(s).   )

## CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| William M Lamson Jr | For Union Pacific Railroad | 6/21/06 |
| [signature] | For | |
|  | For Plaintiff | 6-22-06 |
|  | For | |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
06 JUN 22 PM 12:35
OFFICE OF THE CLERK