IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 10 2006

OFFICE OF THE CLERK

| | |
|---|---|
| KENDALL BRYCE WALSH, | CASE NUMBER 8:06CV331 |
| Plaintiff, | |
| vs. | ORDER OF WITHDRAWAL |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

This matter is before the Court on the Motion to Withdraw of Raymond J. Hasiak, as counsel of record for the Defendant in the above-captioned matter. The Court being fully advised that Defendant is now represented by the law firm of Lamson, Dugan & Murray, LLP finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Raymond J. Hasiak is granted leave and have withdrawn as counsel of record for Defendant.

DATED THIS 10th day of August, 2006.

BY THE COURT:

_____
HON. THOMAS D. THALKEN
MAGISTRATE JUDGE