IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 10 2007
OFFICE OF THE CLERK

| | |
|---|---|
| KENDALL BRYCE WALSH, | ) |
| Plaintiff, | ) 8:06CV331 |
| vs. | ) |
| | ) VERDICT |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

We the Jury, duly impaneled and sworn in the above-entitled action, find the following.

**Note: Complete this form by checking the name required by your verdict.**

On the claim of the plaintiff Kendall Bryce Walsh against the defendant, Union Pacific Railroad, we, the jury find in favor of:

_____✓_____ Plaintiff Kendall Bryce Walsh

or

_____ Defendant Union Pacific Railroad

**Note: Complete the next paragraph only if the above finding is in favor of the plaintiff.**

We, the jury, assess the total damages of the plaintiff Kendall Bryce Walsh at

$_____2,800,000.00_____.

**DO NOT REDUCE THIS AMOUNT BY THE PERCENTAGE OF NEGLIGENCE, IF ANY, YOU FIND IN THE NEXT QUESTION.**

**Note:** If you do not assess a percentage of negligence to Kendall Bryce Walsh under Jury Instruction No. 16, then write "0" (zero) in the blank in the following paragraph. If you do assess a percentage of negligence to Kendall Bryce Walsh by reason of Jury Instruction No. 16, then write the percentage of negligence in the blank in the following paragraph. The court will then reduce the total damages you assess above by the percentage of negligence you assess to Kendall Bryce Walsh.

We, the jury, find Kendall Bryce Walsh to be ____2____ % negligent.

**Note: You have finished your deliberations.**

**The Foreperson shall sign and date the verdict form, and such signature shall mean that the verdict of the jury was unanimous.**

DATED: August 10, 2007               _____
                                      Foreperson

If after six hours of deliberation the verdict is not unanimous, but agreed to by ten or eleven of the twelve jurors, the Foreperson shall sign and date the verdict form and the ten or eleven jurors who agree shall sign the verdict on the lines immediately following.

DATED: August ____, 2007             _____
                                      Foreperson

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

_____