# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KENDALL BRYCE WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV331** |
| | ) | |
| **vs.** | ) | |
| | ) | **JUDGMENT** |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following the trial and jury's verdict finding in favor of the plaintiff in the amount of $2,800,000 and a finding of contributory negligence on the part of the plaintiff in the amount of two percent, judgment will be entered in favor of the plaintiff and against the defendant on the plaintiff's claim.  Accordingly,

**IT IS ORDERED AND ADJUDGED:**

Judgment is entered in favor of the plaintiff Kendall Bryce Walsh and against the defendant Union Pacific Railroad Company in the amount of $ 2,744,000 on his claim for negligence.

DATED this 14th day of August, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENDALL BRYCE WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV331 |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following the trial and jury's verdict finding in favor of the plaintiff in the amount of $2,800,000 and a finding of contributory negligence on the part of the plaintiff in the amount of two percent, judgment will be entered in favor of the plaintiff and against the defendant on the plaintiff's claim.  Accordingly,

**IT IS ORDERED AND ADJUDGED:**

Judgment is entered in favor of the plaintiff Kendall Bryce Walsh and against the defendant Union Pacific Railroad Company in the amount of $ 2,744,000 on his claim for negligence.

DATED this 14th day of August, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge