IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENDALL BRYCE WALSH, | ) | Case No:   8:06CV331 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO WITHDRAW** |
| vs. | ) | **EXHIBITS OR TO SHOW** |
| | ) | **CAUSE WHY EXHIBITS** |
| UNION PACIFIC RAILROAD COMPANY, | ) | **SHOULD NOT BE DESTROYED** |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos. 1-3, 3A, 4, 4A, 4B, 8-18, 21-25, 27-29, 38-40, 49, 90, 92, 100, 113, 116, 127, 130, 131, 140, 149, 152, 157, 160-168, 172, 173, 176-178,   from jury trial held 08/06/07

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 16th day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge